UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA       )
                                )
        v.                      )
                                )
CARLOS H. PONCE                 )
_____)
                                )   Magistrate Case No. **08 MJ 8649**
WARRANT ISSUED ON THE BASIS OF: )
                                )   **WARRANT FOR ARREST**
☐ Failure to Appear  ☐ Order of Court )
☐ Indictment        ☐ Information    )
X Complaint                     )
                                )
_____)
TO:                             )   NAME AND ADDRESS OF PERSON TO
                                )   BE ARRESTED:
    Any U.S. Marshal or other   )
    authorized officer          )   CARLOS H. PONCE
                                )
_____)
DISTRICT OF ARREST:             )   CITY OF ARREST:
SOUTHERN DISTRICT               )
_____)

RECEIVED 2008 JUL 16 A 10: — U.S. MARSHALS SERVICE EL CENTRO OFFICE

FILED JUL 17 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct

| | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| IN VIOLATION OF: | 18 | 2252(a)(4)(B) |

| BAIL | OTHER CONDITIONS OF RELEASE |
|---|---|
| No Bail | |

ORDERED BY                                  7-16-08
PETER C. LEWIS                              DATE ORDERED
U.S. MAGISTRATE JUDGE        BY             7-16-08
                                            DATE ISSUED

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

DATE RECEIVED    NAME AND TITLE OF ARRESTING OFFICER    SIGNATURE
07/16/08         FBI SA SCOTT MCDERMOTT                 USMS-EL
DATE EXECUTED                                           CENTRO
07/17/08                                                L. Brambila
                                                        CRIMINAL WARRANT DSK

Note:   The arresting officer is directed to serve the attached copy
        of the charge   on the defendant at the time this warrant
        is executed.