**NOT FOR PUBLIC VIEW**

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 REV. 1/90

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT ☐ OTHER PANEL (Specify below)
IN THE CASE OF: USA vs. Ponce

FILED JUL 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

PERSON REPRESENTED (Show your full name): Carlos Ponce

DOCKET NUMBERS: 08MJ8645

CHARGE/OFFENSE: 18 USC 2252(a)(4)(B)

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Ampm
- IF YES, how much do you earn per month? $ approx 1500.00
- IF NO, give month and year of last employment. How much did you earn per month $____
- If married is your Spouse employed? ☑ Yes ☐ No
- IF YES, how much does your Spouse earn per month $ approx 1200.00
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No IF YES, state total amount $ approx 500.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE VALUE AND DESCRIBE IT: VALUE 5K (estimated) — Ford Explorer 2002 (wife's car in his name too)

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☑ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: Wife

**DEBTS & MONTHLY BILLS**

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt |
|---|---|---|---|
| Rent | | $475.00 | |
| Utilities (phone, lights) | | $80.00 | |
| Food | | approx $150.00 | |
| Credit Card | | $250.00 | |

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Carlos Ponce
I certify the above to be correct

**WARNING:** A FALSE OR DISHONEST ANSWER TO QUESTIONS...