# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

## APPEARANCE

Case Number: 08mj8649

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CARLOS H. PONCE

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/23/2008 | /s/ KASHA K. POLLREISZ |
| Date | Signature |
| | Kasha K. Pollreisz-Federal Defenders of SD    204148 |
| | Print Name                                    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City            State            Zip Code |
| | (619) 234-8467            (619) 687-2666 |
| | Phone Number                        Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj8649 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| CARLOS H. PONCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated: July 23, 2008                    /s/ Kasha K. Pollreisz
                                        KASHA K. POLLREISZ
                                        Federal Defenders
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
                                        kasha_pollreisz@fd.org