FILED
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr2702-DMS |
| Plaintiff, ) ) | **I N F O R M A T I O N** |
| v. ) ) | Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Images of Children Engaged in Sexually Explicit Conduct |
| CARLOS H. PONCE, ) ) | |
| Defendant. ) ) | |

The United States Attorney charges:

On or about August 23, 2007, within the Southern District of California, defendant CARLOS H. PONCE, did knowingly possess one or more matters, that is computer hard drive(s) and computer media containing digital and computer images which contained visual depictions, including graphics file "(PTHC) 4yo to 7yo - Vicky early works[44786]," that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual

//
//
//

depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

DATED: August 14, 2008.

KAREN P. HEWITT
United States Attorney

WILLIAM A. HALL, JR.
Assistant U.S. Attorney

2