O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

CARLOS H. PONCE

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2702-DMS

I, CARLOS H. PONCE, the above named defendant, who is accused of

Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Images of Children Engaged in Sexually Explicit Conduct

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/14/08__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer